Starsha SEWELL, Plaintiff–Appellant,

v.

PRINCE GEORGE'S COUNTY DE-PARTMENT OF SOCIAL SER-VICES, Defendant–Appellee.

No. 13–2242.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2014.

Decided: March 10, 2014.

Starsha Sewell, Appellant Pro Se. Stephanie A. Lewis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starsha Sewell appeals the district court's order denying, for want of jurisdiction, her Fed.R.Civ.P. 60(b) motion for reconsideration of the district court's order remanding this action to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Sewell v. Prince George's Cnty. Dep't of Soc. Servs.,* No. 8:12–cv–02402–DKC (D.Md. Oct. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in

the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*